IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LeROY G. HAGENBUCH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:13-cv-6713 |
| | ) | |
| v. | ) | Judge Andrea R. Wood |
| | ) | |
| TOYOTA MOTOR SALES, U.S.A. INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**DEFENDANT TOYOTA MOTOR SALES, U.S.A., INC.'S REPLY
IN SUPPORT OF ITS MOTION TO STAY PENDING *INTER PARTES* REVIEW**

Defendant Toyota Motor Sales, U.S.A., Inc. ("Toyota") hereby respectfully submits its reply in support of its Motion to Stay Pending *Inter Partes* Review. In light of Plaintiff's response (Dkt. 40) and his decision to not oppose the instant motion, Toyota offers only the following three points in response: First, as noted in its opening motion, Toyota plans to actively participate in the settlement conference currently scheduled for May 13, 2014 before Magistrate Judge Cox. Second, because the subject matter of all the claims of asserted U.S. Patent No. 8,014,917 – which is currently subject to *inter partes* review proceedings at the U.S. Patent & Trademark Office – substantially overlaps with the subject matter of the claims of asserted U.S. Patent No. 8,532,867 ("the '867 patent"), the USPTO is likely to institute IPR proceedings as to all claims of the '867 patent by no later than June 6, 2014. *Compare* Dkt. 34-4 at p. 6 and Dkt. 34-5 at pp. 6-7 with Dkt.34-7 at p. 7 and Dkt. 34-9 at pp. 6-7. Third, the parties agree that this case should be stayed pending *inter partes* review. In response to Plaintiff's reservation of his right to move to lift a stay under certain circumstances (Dkt. 40, p. 2), Toyota reserves its rights to oppose any such motion to lift the stay.

1

RESPECTFULLY SUBMITTED,

*/s/ Eric W. Schweibenz*
  Paul Steadman (Ill. Bar No. 6238160)
  Matthew D. Satchwell (Ill. Bar No. 6290672)
  Steven J. Reynolds (Ill. Bar No. 6293634)
  DLA PIPER LLP (US)
  203 North LaSalle Street, Suite 1900
  Chicago, Illinois 60601
  (312) 368-4000
  (312) 630-6352
  paul.steadman@dlapiper.com
  matthew.satchwell@dlapiper.com
  steven.reynolds@dlapiper.com

  Eric W. Schweibenz (admitted *pro hac vice*)
  Robert C. Mattson (admitted *pro hac vice*)
  John S. Kern (admitted *pro hac vice*)
  Thomas C. Yebernetsky (admitted *pro hac vice*)
  Katherine D. Cappaert (admitted *pro hac vice*)
  OBLON, SPIVAK, McCLELLAND,
     MAIER & NEUSTADT, L.L.P.
  1940 Duke Street
  Alexandria, VA 22314
  (703) 413-3000
  eschweibenz@oblon.com
  rmattson@oblon.com
  jkern@oblon.com
  tyebernetsky@oblon.com
  kcappaert@oblon.com

  ***Attorneys for Defendant***
  ***Toyota Motor Sales, U.S.A., Inc.***

Dated:   April 10, 2014

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that he caused the foregoing document to be served via the United States District Court for the Northern District of Illinois to all counsel of record via the Court's CM/ECF filing system on the 10th day of April, 2014.

                                                  /s/ Eric W. Schweibenz
                                                 One of the attorneys for Defendant