UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

LeRoy G Hagenbuch
                                      Plaintiff,

v.                                                                        Case No.: 1:13−cv−06713
                                                                        Honorable Andrea R. Wood

Toyota Motor Sales USA, Inc.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 22, 2014:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held; continued to 8/26/2014 at 9:00 a.m. With Plaintiff having no objection, Defendant's motion to stay this litigation pending the outcome of four inter partes review proceedings before the United States Patent and Trademark Office [33] is granted. Any party may petition the Court to lift the stay at any time. The parties shall continue in good faith to engage in settlement negotiations under the supervision of the magistrate judge notwithstanding the stay. The parties shall inform the Court of the progress of the settlement negotiations and any developments in the inter partes review proceedings at the next status hearing. Mailed notice (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.